Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LACEY CARROLL,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID SETH KOTKIN, *a.k.a.*<br>DAVID COPPERFIELD,<br><br>        Defendant. | C09-1076-JCC<br><br>**ORDER** |

This matter comes before the Court on Defendant's motion to seal a document. (Dkt. No. 13). Also before the Court is Defendant's motion to stay the case because of an ongoing criminal investigation. (Dkt. No. 12). For the reasons explained below, the Court hereby STRIKES Defendant's motion to seal, and GRANTS Defendant's motion to stay.

Defendant filed a motion to seal on October 5, 2009. Defendant withdrew the motion after reviewing Plaintiff's response and considering developments that had occurred during the weeks after filing. (Def. Reply 3 (Dkt. No. 18)). Because both parties agree that the motion is unnecessary, the Court hereby STRIKES Defendant's motion to seal a document.

ORDER, CR09-1076-JCC
Page 1

1    Plaintiff responded to Defendant's motion to stay on October 19, 2009. (Dkt. No. 19). Plaintiff
2 represented that she does not oppose a 180-day stay and asked the Court to set a date certain for a future
3 status conference. (*Id.* 2–3). Plaintiff's proposed resolution is sensible. The Court hereby GRANTS
4 Defendant's motion to stay and continues the status conference currently set for November 17, 2009,
5 until March 23, 2010, at 9 a.m.

SO ORDERED this 23rd day of October, 2009.

JOHN C. COUGHENOUR
United States District Judge