Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LACEY CARROLL | ) | C09-1076 |
| Plaintiff | ) | NOTICE OF CONCLUSION OF INVESTIGATION RELATING TO CIVIL CASE |
| v. | ) | |
| DAVID SETH KOTKIN, a/k/a/ DAVID COPPERFIELD | ) | |
| Defendant. | ) | |

 Comes now the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Susan M. Roe, Assistant United States Attorney for said District, and files this Notice to inform the Court of the status of an investigation which previously was referenced in the above-entitled case. This court entered an Order in this civil case staying discovery pending the conclusion of the investigation.

 This investigation has been concluded and is no longer a basis that supports a stay.

//

//

//

NOTICE OF STATUS OF
REFERENCED INVESTIGATION - 1
Carroll v. Kotkin C09-1076

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED this 12th day of January, 2010.

                      Respectfully submitted,

                      JENNY A. DURKAN
                      United States Attorney


                      s/ Susan M. Roe
                      SUSAN M. ROE
                      Assistant United States Attorney
                      WSBA #13000
                      United States Attorney's Office
                      700 Stewart, Suite 5220
                      Seattle, Washington 98101-1271
                      Telephone: (206) 553-1077
                      Fax: (206) 553-4440
                      E-mail: Susan.Roe@usdoj.gov

NOTICE OF STATUS OF
REFERENCED INVESTIGATION - 2
Carroll v. Kotkin C09-1076

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the plaintiff and defendant.

s/ Lindsay Erickson
LINDSAY ERICKSON
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4377
Fax: (206) 553-4440
E-mail: Lindsay.Erickson@usdoj.gov

NOTICE OF STATUS OF
REFERENCED INVESTIGATION - 3
Carroll v. Kotkin C09-1076

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970