| | |
|---|---|
| 1 | Rebecca J. Roe |
| 2 | Kathryn Goater |
|   | Amanda E. Lee |
| 3 | Schroeter Goldmark & Bender |
|   | 810 3rd Ave., Suite 500 |
| 4 | Seattle, WA 98104 |
|   | 206-622-8000 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LACEY CARROLL,

        Plaintiff,

v.

DAVID SETH KOTKIN, aka
DAVID COPPERFIELD,

        Defendant.

No.  C09-1076 JCC

PLAINTIFF'S NOTICE OF DISMISSAL

TO:       DEFENDANT DAVID SETH KOTKIN A/K/A DAVID COPPERFIELD

AND TO:   HIS ATTORNEYS OF RECORD

AND TO:   CLERK OF THE COURT

Notice is hereby given that plaintiff hereby dismisses all claims against all parties in this action. Any trials or other hearings in this matter may be stricken from the court calendar. This notice is being filed pursuant to FRCP 41(a)(1)(A)(i).

DATED this 20 day of April, 2010.

_____
LACEY CARROLL, PLAINTIFF

PLAINTIFF'S NOTICE OF DISMISSAL – 1

P:\177226900\P\Notice of Dismissal.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

SCHROETER, GOLDMARK & BENDER


_[signature]_
REBECCA ROE, WSBA #7560
KATHRYN GOATER, WSBA #9680
Counsel for Plaintiff


Schroeter, Goldmark & Bender
810 3rd Ave., Suite 500
Seattle, WA 98104
Phone: 206-622-8000
Fax: 206-682-2305
Email: roe@sgb-law.com
         goater@sgb-law.com


LAW OFFICE OF AMANDA LEE

*s/Amanda Lee*
AMANDA LEE, WSBA #19970
Counsel for Plaintiff
Law Office of Amanda Lee
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 805-0990
Fax: (206) 682-2305
E-mail: amanda@amandaleelaw.com

PLAINTIFF'S NOTICE OF DISMISSAL – 2

P:\177226900\P\Notice of Dismissal.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on 4-20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

ANGELO J. CALFO
Yarmuth Wilsdon Calfo PLLC
818 Stewart St., 14th Fl.
Seattle, WA 98101
Tel: 206.516.3872
Fax: 201.516.3888
acalfo@yarmuth.com
Attorneys for Defendant

*[signature]*
Darla Moran
Legal Assistant

PLAINTIFF'S NOTICE OF DISMISSAL – 3

P:\177226900\P\Notice of Dismissal.doc

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305