THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LACEY CARROLL,

               Plaintiff,

     v.

DAVID SETH KOTKIN, *a.k.a.* DAVID COPPERFIELD

               Defendant.

CASE NO. C09-1076-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On August 2, 2010, the Seattle Times requested the Court unseal certain judicial records. (*See* Dkt. No. 59.) The Court denied the request, after soliciting briefing from the parties. (*See* Dkt. Nos. 60–65, 67.) On March 31, 2026, a representative from The Guardian asked the Court to reconsider that decision, in light of alleged associations between Defendant and Jeffrey Epstein. (*See* Dkt. No. 68.) The Guardian contends the Court's prior findings have proven to be inaccurate or unfounded, thus negating the need for continued sealing of the records at issue. (*See id.* at 3–4.) The Court has again reviewed the materials at issue and states for the record that its prior findings, (*see* Dkt. No. 67), remain unchanged. Thus, the Court DECLINES the instant request (Dkt. No. 68.) The Clerk is DIRECTED to provide the requesting third party with a copy of this minute order.

MINUTE ORDER
C09-1076-JCC
PAGE - 1

So DATED this 29th day of April 2026.

Joshua C. Lewis
Clerk of Court

s/Kadya Peter
Deputy Clerk